In decisions Nos. 1–22: Present — Bergan, P. J., · Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) In the Matter of the Claim of Theresa Sheridan, Appellant, v. J. B. Construction Company, Inc., et al., Respondents. Workmen's Compensation Board, Respondent. (B) George La Bombard, Appellant, v. State of New York, Respondent. (Claim No. 32639.) (C) In the Matter of the Claim of Merritt Bowker, Respondent, v. Lee Drennan et al., Appellants. Workmen's Compensation Board, Respondent. (D) In the Matter of Constantine Donlick, Petitioner, v. William S. Hults, as Commissioner of Motor Vehicles, Respondent. (E) William H. Cornell et al., Respondents, v. William Eaton et al., Appellants. (F) In the Matter of the Claim of Harry Schwartz, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of Stella Gotsopoulos,

Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of ANNA BIONDO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of JACK ABELSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of CHESTER N. RICHARDSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of MORRIS H. HILSENRATH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of ALBERT KELTS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of MOLLY KELLMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of LISA LOURAVEL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of KARL MARKUS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Appeal dismissed, without costs, unless appellant[s] shall file and serve records, briefs and notes of issue on or before February 20, 1961 and be ready for argument at the term to commence March 13, 1961, in which event motions denied.